# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2024

## NO. 03-22-00363-CV

**Appellants, Dr. Lawrence Broder, M.D., and Round Rock Medical Aesthetics & Urgent Care PLLC d/b/a Beleza Medspa// Cross-Appellants, Nexstar Media Inc., f/k/a Nexstar Broadcast Group, Inc., Bexstar Media Inc. d/b/a KXAN-TV, and Jody Barr**

**v.**

**Appellees, Nexstar Media Inc., f/k/a Nexstar Broadcast Group, Inc., Bexstar Media Inc. d/b/a KXAN-TV, and Jody Barr// Cross-Appellees, Dr. Lawrence Broder, M.D., and Round Rock Medical Aesthetics & Urgent Care PLLC d/b/a Beleza Medspa**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED IN PART, REVERSED AND REMANDED IN PART –
OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the judgment signed by the trial court on May 20, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court affirms the trial court's denial of Broder's equitable bill of review and Nexstar's TCPA motion. The Court reverses the trial court's denial of Nexstar's Rule 91a motion and remands for further proceedings consistent with this opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below